**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Samuel J. Prater, M.D. and Krista G. Handyside v. Telicia  Owens

Appellate case number:    01-21-00264-CV

Trial court case number:  2012-07534

Trial court:                        152nd District Court of Harris County

      Appellee Telecia Owens's Unopposed Second Motion for Extension of Time to File Brief is **granted.**  Appellee's brief is due January 6, 2022.


      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                      Acting individually


Date:  <u>December 30, 2021</u>